# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FERNANDEZ, FERDINAND F. | NINTH CIRCUIT COURT OF APPEALS | Apr. 21, 2004 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>U.S. Circuit Judge — Senior | 5. Report Type (check appropriate type)<br>__ Nomination, Date _____<br>__ Initial ✓ Annual __ Final | 6. Reporting Period<br>1/1/03 → 12/31/03 |
|---|---|---|

| 7. Chambers or Office Address<br>125 So. Grand Ave.<br>Pasadena, CA, 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1. Member, Board of Trustees | Pomona College |
| 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

RECEIVED
APR 29 9 23 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1. 2003 | Chaffey College | |
| 2. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | Apr 21, 2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | ☒ NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts.) | | |
| 1 | West Publishing Co. | books | $ 350.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | ☒ NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | Apr 21, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Accts. at Pomona First Fed. Bank | B | Int. | M | T | | | | | |
| 2 Accts. at Wells Fargo Bank | B | Int. | L | T | | | | | |
| 3 Accts at Washington Mutual Bank | B | Int | M | T | | | | | |
| 4 Accts at Bank of America | B | Int. | M | T | | | | | |
| 5 Accts. at Downey Savings | C | Int. | L | T | | | | | |
| 6 Accts at World Savings Bank | B | Int | M | T | | | | | |
| 7 Acct at Community Bank | C | Int | M | T | | | | | |
| 8 Acct at Foothill Indep Bank | B | Int | M | T | | | | | |
| 9 Acct at Vineyard National Bank | C | Int | L | T | | | | | |
| 10 Acct. at Pacific Western Bank | B | Int | M | T | | | | | |
| 11 Acct at Citizens Business Bank | B | Int | | | Closed | 7/18 | L | | |
| 12 Life Investors Ins. Tax Shelterd Annuity | D | Int | | | Surrendered | 9/25 | M | | |
| 13 Transamerica Life Ins. Tax Sheltered Annuity | A | Int | | | Surrendered | 9/24 | J | | |
| 14 Reliastar Life Ins Tax Sheltered Annuity | B | Int | | | Surrendered | 10/15 | L | | |
| 15 Oppenheimer Fund Tax Sheltered Annuity | B | Div. | | | Surrendered | 9/19 | J | A | |
| 16 SSGA Money Mkt. Fund IRA | A | Div. | | | Redeemed | 1/15 | K | A | |
| 17 Fidelity Investments Spartan Calif. Muni Fund | A | Div. | | | Sold | 3/26 | K | A | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, Fadinand F | Apr 21, 2004 |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 18. Agency Acct. Pomona First Fed | | | | | | | | | |
| a. Federated Fund | A | Int. | K | T | | | | | |
| b. GNMA Pool | A | Int | J | T | | | | | |
| c. Scudder Int'l Equty Fund | A | Div. | J | T | | | | | |
| d. Vangard Index 500 Invator (formerly Admiral) | A | Div. | K | T | | | | | |
| e. Federated High Yield Fund | B | Div. | J | T | | | | | |
| f. merrill Low Duration (formerly Mercury Low Durtn) | A | Div | J | T | | | | | |
| g. Strong Gov't Securities | A | Div | K | T | | | | | |
| h. Federated GNMA | B | Int. | K | T | | | | | |
| i. Gabelli Growth | A | Div. | J | T | | | | | |
| j. Janus Worldwide Fund | A | Div. | J | T | | | | | |
| k. Goldman Sachs Global | A | Div. | J | T | | | | | |
| l. Janus Twenty Fund | A | Div. | J | T | | | | | |
| m. Legg Mason Value Nav. | A | Div | J | T | | | | | |
| n. Rydex OTC | B | Div. | J | T | | | | | |
| o. GMO Tobacco Free Core | A | Div | J | T | | | | | |
| p. RS Emerging Growth | A | Div | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets,) | | | | | | | | | |
| 19 UST Bills | A | Int. | J | T | | | | | |
| 20 UST Bills | A | Int. | J | T | | | | | |
| 21 UST Bills | A | Int. | J | T | | | | | |
| 22 UST Bills | A | Int. | J | T | | | | | |
| 23 UST Bills | A | Int. | K | T | | | | | |
| 24 UST Bills | A | Int. | K | T | | | | | |
| 25 UST Bills | A | Int | K | T | | | | | |
| 26 UST Bills | A | Int. | K | T | | | | | |
| 27 UST Bills | A | Int | K | T | | | | | |
| 28 UST Bills | A | Int | K | T | | | | | |
| 29 UST Bills | B | Int. | M | T | | | | | |
| 30 UST Bills | A | Int. | L | T | | | | | |
| 31 UST Bills | A | Int. | L | T | Buy | 7/24 | L | | |
| 32 Trust #1 (Beneficiary Income) | | | | | | | | | |
| a. Wells Fargo Commn Trust Funds (Wells Fargo Thee) | B | Div. Int | M | T | | | | | |
| b. (1/5 interest in real prop in Clifton, AL 13 (Charles Spezia, TTE) | None | J | W | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets,) | | | | | | | | | |
| 33. Acct. at Union Bank | C | Int. | M | T | | | | | |
| 34. IRA at Edward Jones | | | | | | | | | |
| a. Acct - State Bank of Fargo, No.Dakota | A | Int | K | T | Deposit | 10/20 | K | | |
| b. Select Notes Trust Securities | A | Int. | J | T | Buy | 9/25 | J | | |
| c. U.S. Treasury Note | A | Int. | J | T. | Buy | 10/20 | J | | |
| d. GNMA Pool Certificate | A | Int. | K | T | Buy | 10/20 | K | | |
| e. Cap. Income Builder Fund | A | Div. | K | T | Buy | 10/20 | K | | |
| f. Growth Fund of America | A | Div. | K | T | Buy | 10/20 | K | | |
| g. Income Fund of America | A | Div. | K | T | Buy | 10/20 | K | | |
| h. Van Kampen Comstock Fund | A | Div. | K | T | Buy | 10/20 | K | | |
| i. Van Kampen Enterprise Fund | A | Div. | K | T | Buy | 10/20 | K | | |
| j. Van Kampen Pace Fund | A | Div. | K | T | Buy | 10/20 | K | | |
| k. Van Kampen Real Est. Fund | A | Div. | J | T | Buy | 10/20 | J | | |
| l. Wash. Mut Investors | A | Div. | K | T | Buy | 10/20 | K | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less I=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FERNANDEZ, FERDINAND F | Apr 21, 2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature           Date _Apr. 21, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544